UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY LEE DAVIS,<br>　　　　Plaintiff,<br>　　v.<br>CITY OF SAN FRANCISCO,<br>　　　　Defendant. | Case No. 17-cv-06387-DMR<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 6 |

On November 1, 2017, Plaintiff Jimmy Lee Davis filed suit in this Court along with an application to proceed in forma pauperis ("IFP"). [Docket Nos. 1, 2]. On December 15, 2017, the court granted the IFP application and dismissed the Complaint with leave to amend. [Docket No. 6]. Mr. Davis was ordered to file an amended complaint by January 4, 2018. *Id*. No amended complaint has been filed.

Accordingly, the court ORDERS Mr. Davis to respond by **January 19, 2018** and explain in writing (1) why he failed to file an amended complaint and (2) why the case should not be dismissed for failure to prosecute. Failure to respond by January 19, 2018 may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: January 10, 2018



_____
Donna M. Ryu
United States Magistrate Judge