UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY LEE DAVIS,<br>　　　　Plaintiff,<br>　　v.<br>CITY OF SAN FRANCISCO,<br>　　　　Defendant. | Case No. 17-cv-06387-SI<br><br>**JUDGMENT** |

The Court has dismissed this case without prejudice for failure to prosecute. Judgment is hereby entered against plaintiff and in favor of defendant.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: February 15, 2018

　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　United States District Judge